**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)   Case Number **09–45949**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on December 4, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Heard & Associates, Ltd.
100 E. Bellevue Place, Apt. 12D
Chicago, IL 60611

| | |
|---|---|
| Case Number:   09–45949<br>Office Code:       1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>36–2711636 |
| Attorney for Debtor(s) (name and address):<br>Forrest L Ingram<br>Forrest L. Ingram, P.C.<br>79 W Monroe Street<br>Suite 900<br>Chicago, IL 60603<br>Telephone number:   312 759–2838 | Bankruptcy Trustee (name and address):<br>David P Leibowitz ESQ<br>Leibowitz Law Center<br>420 Clayton Street<br>Waukegan, IL 60085–4232<br>Telephone number:   847–249–9100 |

## Meeting of Creditors:
Date:  **January 20, 2010**                Time:  **12:00 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:   1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:   Monday – Friday 9:00 AM – 4:30 PM | Date:   December 7, 2009 |

**EXPLANATIONS**  B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sdaniel                 Page 1 of 1                  Date Rcvd: Dec 07, 2009
Case: 09-45949                 Form ID: b9b                  Total Noticed: 15

The following entities were noticed by first class mail on Dec 09, 2009.
db           +Heard & Associates, Ltd.,    100 E. Bellevue Place, Apt. 12D,    Chicago, IL 60611-5181
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14807273     +Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7684
14807275     +Andrew L. Heard,    100 E. Bellevue,    Chicago, IL 60611-1157
14807276     +Borrell Technology,    100 E. Bellevue St.,    Chicago, IL 60611-1157
14807277     +Capital Development Board,    100 W. Randolph St.,    14th Floor,    Chicago, IL 60601-3218
14807278     +Chicago Records Mgmt., Inc.,    3815 Carnation Rd.,    Franklin Park, IL 60131-1201
14807279     +Construction Management Specialists,    7216 South Shore Drive,    Chicago, IL 60649-2718
14807280      Henneman Engineering, Inc.,    1605 S. State St.,    Champaign, IL 61820-7240
14807281    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Dept. of Revenue,    Bankruptcy Section Level 7-425,
               100 West Randolph St.,    Chicago, IL 60601)
14807282     +IRI Cepco Engineering Inc,    50 E. Bellevue Rd.,    Chicago, IL 60611-1129
14807283     +Matrix Engineering Corp.,    30 W. Monroe,    Chicago, IL 60603-2495
14807284     +Site Design Group,    888 South Michigan Ave.,    Suite 1000,    Chicago, IL 60605-2117

The following entities were noticed by electronic transmission on Dec 07, 2009.
tr           +EDI: BDPLEIBOWITZ.COM Dec 07 2009 18:53:00      David P Leibowitz, ESQ,    Leibowitz Law Center,
               420 Clayton Street,    Waukegan, IL 60085-4216
14807274     +EDI: AMEREXPR.COM Dec 07 2009 18:48:00      American Express,    PO Box 297812,
               Fort Lauderdale, FL 33329-7812
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2009**                    **Signature:**  *Joseph Speetjens*