IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 09-B-45949 |
| **HEARD & ASSOCIATES, LTD.** | ) | Honorable JACQUELINE P. COX |
| | ) | Chapter 7 |
| | ) | |
| | ) | Hearing Date: March 31, 2010 |
| **Debtor.** | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF ROUTINE MOTION

**To:**  *William T. Neary, Office of the U.S. Trustee, Region 11
*Forrest L Ingram, Forrest L. Ingram, P.C., 79 W Monroe St., Suite 900, Chicago, IL 60603
Heard & Associates, Ltd., 100 E. Bellevue Place, Apt. 12D, Chicago, IL 60611

PLEASE TAKE NOTICE that on Wednesday March 31, 2010, at 9:30 a.m., we will appear before the Honorable Jacqueline P. Cox, Courtroom 619, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present our **Routine Motion to Extend the Date in Which Trustee May Object to Debtor's Discharge Pursuant to 11 U.S.C. §727**, a copy of which is attached hereto and served upon you herewith. **THE APPENDED PROPOSED ORDER MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIED THE JUDGE OF AN OBJECTION THERE TO.**

Dated:  March 19, 2010                         /s/David P. Leibowitz
                                                                Chapter 7 Trustee


### Certificate of Service

On March 19, 2010 the undersigned, certifies, that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Waukegan, Illinois. * Denotes party was served via the courts electronic notification system.

                                                                /s/Virginia M. Elliott
                                                                Paralegal


David P. Leibowitz (ARDC #1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 09-B-45949 |
| HEARD & ASSOCIATES, LTD. | ) | Honorable JACQUELINE P. COX |
| | ) | Chapter 7 |
| | ) | |
| | ) | Hearing Date: March 31, 2010 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

## ROUTINE MOTION TO EXTEND DATE IN WHICH TRUSTEE MAY OBJECT TO DEBTOR'S DISCHARGE

DAVID P. LEIBOWITZ, ("Trustee"), trustee in bankruptcy for the estate of the debtor, HEARD & ASSOCIATES, LTD., ("Debtor"), moves this Court to extend the date in which the Trustee may object to the discharge of Debtor to and including June 20, 2010.  In support, the Trustee states as follows:

1. A meeting of creditors under §341 of the Bankruptcy Code, (the "Code"), was held on January 20, 2010.

2. Debtor was given due notice and did appear on that date.

3. David P. Leibowitz, as trustee, is investigating items that were scheduled on Debtor's petition.

4. Trustee has not yet been able to review all items available to him and will be requesting further information regarding company records and subcontractors.

5. In order make a determination as to whether this is an asset or no asset case, the Trustee will need more time to evaluate the case and information he has obtained.

6. This Motion to Extend the date in which Trustee may object to Debtor's discharge by 90 days is filed prior to the expiration of the 60-day period.

WHEREFORE, DAVID P. LEIBOWITZ, Trustee in bankruptcy for the estate of the Debtor, HEARD & ASSOCIATES, LTD., requests that this Court extend the date in which the Chapter 7 Trustee may object to Debtor's discharge to and including June 20, 2010.

        /s/David P. Leibowitz
        David P. Leibowitz
        Chapter 7 Trustee

David P. Leibowitz (ARDC #1612271)
Lakelaw
420 Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100