IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 09-B-45949 |
| **HEARD & ASSOCIATES, LTD.** | ) | Honorable JACQUELINE P. COX |
| | ) | Chapter 7 |
| | ) | |
| | ) | Hearing Date: March 31, 2010 |
| **Debtor.** | ) | Hearing Time: 9:30 a.m. |

## ORDER EXTENDING DATE IN WHICH TRUSTEE MAY OBJECT TO DEBTOR'S DISCHARGE

This cause coming to be heard on motion of David P. Leibowitz, ("Trustee"), trustee in bankruptcy for the estate of debtor, HEARD & ASSOCIATES, LTD. ("Debtor"), to extend the date in which Trustee may object to Debtor's discharge. Due notice having been given to all parties entitled thereto. The Court being fully advised in the premises.

It is hereby ordered that, the date in which Trustee may object to Debtor's discharge is hereby extended to and including June 20, 2010.

Date:                                              Enter: _____
                                                   Hon. JACQUELINE P. COX
                                                   U.S. Bankruptcy Judge

Prepared by:
David P. Leibowitz (ARDC #1612271)
Lakelaw
420 West Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100