IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEARD & ASSOCIATED, LTD | ) | Judge Jacqueline Cox |
| | ) | |
| Debtor. | ) | Case No. 09-45949 |
| | ) | |
| | ) | Hearing: March 31, 2010 at 9:30am |
| | ) | |

**<u>DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO EXTEND DATE IN WHICH TRUSTEE MAY OBJECT TO DEBTOR'S DISCHARGE</u>**

NOW COMES the Debtor and Debtor in Possession, Heard & Associates, Ltd. (the "Debtor"), by and through its attorneys, Forrest L. Ingram, and for its Objection to the Trustee's Motion to Extend Date in which Trustee May Object to Debtor's Discharge, states as follows:

1. A meeting of creditors pursuant to § 341 of the Bankrutpcy Code (the "Code"), was held on January 20, 2010.

2. The Debtor did appear on that date.

3. Also on January 20, 2010 the meeting of creditors was continued to February 16, 2010.

4. The Debtor did appear on that date.

5. On February 17, 2010 an Initial Report of Assets was filed.

6. In its motion, the Trustee is requesting an extension to the § 727 discharge objection date for three reasons; 1) because the Trustee has not been able to review the items available, 2) the Trustee may request more information from the Debtor, and 3) the Trustee needs more time to determine whether this is as an asset or no asset case.

7. The Debtor objects to the Trustee's motion for two primary reasons.  The first reason is that the Debtor is not an "individual" as required by § 727 and is seeking dissolution as opposed

1

to discharge. The second reason is that even if this motion applies to the Debtor, the Trustee has not provided an adequate basis for extending the time to object to discharge.

**WHEREFORE**, the Debtor prays this Court to deny the Trustee's Motion to Extend Date in which Trustee May Object to Debtor's Discharge, and for such other and further relief as is just.

Respectfully submitted,

Heard & Associates, Ltd.

By:   /s/   Philip Groben
        One of its attorneys

Forrest L. Ingram
Philip Groben
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

2